STIGLICH & HINCKLEY, LLP
MICHAEL L. HINCKLEY (CSBN: 161645)
1306 Pine Street
Walnut Creek, California 94596
Tel: (Dir.) 415-706-1386
Fax: 925.944.7079

Attorney for Defendant
EMILIANO MORFIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 09-00068-DLJ |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING AND ORDER** |
| vs. | |
| EMILIANO MORFIN, | |
| Defendants. | |

Defendant EMILIANO MORFIN, by and through his counsel Michael L. Hinckley and Assistant United States Attorney Garth Hire, hereby stipulate and agree to continue the sentencing hearing date in the above entitled matter from October 9, 2009, at 10:00 a.m. to November 20, 2009, at 10:00 a.m. or a date that is convenient to the Court.

The continuance is requested as additional time is needed to complete the presentence process, i.e., the investigation, preparation of the report, and memoranda.

United States Probation Officer Brian Casai has no objection.

IT IS SO STIPULATED.

///

///

- 1 -

| | | |
|---|---|---|
| 1 | Dated: 9/10/09 . | /s/ Michael L. Hinckley |
| 2 | | MICHAEL L. HINCKLEY<br>Attorney for Defendant |
| 3 | | EMILIANO MORFIN |

Dated: 9/10/09 .    /s/ Garth Hire

GARTH HIRE
Assistant United States Attorney

**ORDER**

Pursuant to stipulation, Defendant's sentencing hearing date in the above matter is hereby continued from October 9, 2009, at 10:00 a.m. to November 20, 2009 at 10:00 a.m.

**IT IS SO ORDERED.**

Dated: September 11, 2009 .

HON. D. LOWELL JENSEN
United States District Court Senior Judge

- 2 -

## PROOF OF SERVICE

I, the undersigned say:

I am over eighteen years of age and not a party to the above action. My business address is 1306 Pine Street, Walnut Creek, California 94596.

On _____, I personally served via U.S. Mail a copy of the attached on the following:

                Charles Mabe, USPO
                1301 Clay Street,
                Oakland, California 94612

I declare under penalty of perjury that the foregoing is true and correct. Executed on _____, at Walnut Creek, California.

                                              Michael L. Hinckley

- 1 -

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 2 -