JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

GARTH HIRE (CABN 187330)
Assistant United States Attorney

   1301 Clay Street, Suite 340-S
   Oakland, California 94612-5217
   Telephone:  (510) 637-3929
   Facsimile:  (510) 637-3724
   E-Mail:       Garth.Hire@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 09-00068 DLJ |
|    Plaintiff, | STIPULATION TO RESCHEDULE SENTENCING HEARING; **ORDER** |
|    v. | |
| EMILIANO MORFIN, | |
|    Defendant. | |

     Plaintiff, by and through its attorney of record, and defendant, by and through his attorney of record, hereby stipulate and ask the Court to find and order as follows:

     1.    Defendant is currently scheduled to appear before this Court on March 5, 2010, for imposition of judgment and sentence. The parties jointly request that this matter be continued to **April 30, 2010, at 10:00 a.m.**

     2.    The parties require additional time to evaluate the facts of the case and prepare their respective sentencing memoranda. Defense counsel and the probation officer also require additional time to conduct the interview necessary for preparation of the PSR in this case.

3. The assigned United States Probation Officer is available on that date for sentencing.

IT IS SO STIPULATED.

DATE: February 18, 2010                    Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney


                                           /s/
                                           GARTH HIRE
                                           Assistant United States Attorney

                                           Attorneys for Plaintiff
                                           UNITED STATES OF AMERICA

DATE: February 18, 2010                    /s/
                                           LAURA ROBINSON, ESQ.

                                           Counsel for Defendant

## ORDER

FOR GOOD CAUSE SHOWN, IT IS SO FOUND AND ORDERED THAT:

The currently scheduled March 5, 2010, sentencing hearing is hereby vacated and a new sentencing hearing is hereby scheduled for **10:00 a.m.** on **April 30, 2010**.

DATED: March 4, 2010

HONORABLE D. LOWELL JENSEN
UNITED STATES DISTRICT JUDGE

2