JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

GARTH HIRE (CABN 187330)
Assistant United States Attorney

   1301 Clay Street, Suite 340-S
   Oakland, California 94612-5217
   Telephone:  (510) 637-3929
   Facsimile:  (510) 637-3724
   E-Mail:  Garth.Hire@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 09-00068 DLJ |
|    Plaintiff, ) | STIPULATION TO RESCHEDULE |
| v. ) | SENTENCING HEARING;  **ORDER** |
| EMILIANO MORFIN, ) | |
|    Defendant. ) | |

     Plaintiff, by and through its attorney of record, and defendant, by and through his attorney of record, hereby stipulate and ask the Court to find and order as follows:

     1.    Defendant is currently scheduled to appear before this Court on April 30, 2010, for imposition of judgment and sentence.  The parties jointly request that this matter be continued to May 14, 2010, at 10:00 a.m.

     2.    The parties require additional time to evaluate the facts of the case and prepare their respective sentencing memoranda.  Defense counsel is also unavailable and out of town on April 30, 2010.

3. The assigned United States Probation Officer is available on that date for sentencing.

IT IS SO STIPULATED.

DATE: April 28, 2010                               Respectfully submitted,

                                                   JOSEPH P. RUSSONIELLO
                                                   United States Attorney


                                                   /s/
                                                   GARTH HIRE
                                                   Assistant United States Attorney

                                                   Attorneys for Plaintiff
                                                   UNITED STATES OF AMERICA


DATE: April 28, 2010                               /s/
                                                   LAURA ROBINSON, ESQ.

                                                   Counsel for Defendant

## ORDER

FOR GOOD CAUSE SHOWN, IT IS SO FOUND AND ORDERED THAT:

The currently scheduled April 30, 2010, sentencing hearing is hereby vacated and a new sentencing hearing is hereby scheduled for 10:00 a.m. on May 14, 2010.

DATED:  April 29, 2010
                                                   HONORABLE D. LOWELL JENSEN
                                                   UNITED STATES DISTRICT JUDGE