**LAURA ROBINSON**
CA State Bar No. 135680
Law Office of Laura Robinson
6114 LaSalle Avenue, #216
Oakland, CA  94611
Tel (510) 384-8563
Fax (510) 439-5314
Lsrobinson@juno.com

Counsel for Defendant Morfin

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 09-00068-DLJ |
| Plaintiff, | ) ) ) | **STIPULATION AND ORDER** |
| vs. | ) ) | **CONTINUING SENTENCING** |
| EMILIANO MORFIN, | ) ) | |
| Defendant. | ) ) | |

　　　　Defendant, by and through his attorney of record, and plaintiff, by and through its attorney of record, hereby stipulate and ask the Court to find as follows:

　　　　1.　Sentencing in this matter is currently scheduled for 10:00 a.m. on June 11, 2010.

　　　　2.　The parties request that the sentencing be continued until 10:00 a.m. on July 23, 2010.

　　　　3.　The parties believe that failure to grant the above-requested continuance would deny defendant continuity of counsel, would deny defendant's counsel and defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence.

1   IT IS SO STIPULATED.

2   Dated: June 23, 2010

3                                        _____
                                                    /S/
                                         LAURA ROBINSON
4                                        Attorney for Defendant
                                         Emiliano Morfin

5

6                                        JOSEPH P. RUSSONIELLO
                                         United States Attorney

7
                                         Attorney of the United States of America

8   Dated:  June 10, 2010                _____
                                                    /S/
9                                         GARTH HIRE
                                          Assistant United States Attorney
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

|   |   |   |
|---|---|---|
| 1 | IN THE UNITED STATES DISTRICT COURT | |
| 2 | FOR THE NORTHERN DISTRICT OF CALIFORNIA | |
| 3 | OAKLAND DIVISION | |

UNITED STATES OF AMERICA,  )  No. CR 09-00068-DLJ
                                            )
           Plaintiff,          )
                                            )  **ORDER CONTINUING SENTENCING**
vs.                                         )
                                            )
EMILIANO MORFIN,              )
                                            )
           Defendant.       )
_____ )

**ORDER**

The currently scheduled June 11, 2010 sentencing date is vacated. Sentencing hearing is now scheduled for July 23, 2010 at 10:00 a.m. before Judge Jensen.

DATED: June 22, 2010

_____
HONORABLE D. LOWELL JENSEN
UNITED STATES DISTRICT JUDGE